■
AUTOMATIC WRAPPING MACHINE CO. v. PNEUMATIC SCALE CORPORA-TION, Inc.
No. 4977.

Circuit Court of Appeals, Seventh Circuit.
July 27, 1933.

Thomas H. Fisher, of Chicago, Ill., for appellant.

Ellis Spear, Jr., of Washington, D. C., and William O. Belt, of Chicago, Ill., for appellee.

Before ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, counsel for appellee consenting, it is ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

■
In the Matter of Emanuel BAER, Debtor.
Emanuel BAER, Appellant, v. Bena Hexter ASKENASE and David B. Hexter,
Appellees.
No. 469.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

Abraham J. Halprin, of New York City (Irving Barry and Pincus Cashman, both of New York City, of counsel), for appellant.

Miller, Bretzfelder & Boardman, of New York City (Bertram Boardman, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.